**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed September 2, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00385-CV

_____

## IN RE STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-28183**

## MEMORANDUM OPINION

On July 12, 2021, relator State Farm County Mutual Insurance Company of Texas filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Dedra Davis, presiding judge of the 270th District Court of

Harris County, to set aside her June 29, 2021 order denying relator's motion to remove the underlying case from the bench trial docket to the jury trial docket.

Relator filed an unopposed motion to dismiss this original proceeding, advising this court that the trial court, on August 11, 2021, signed an order removing the case from the bench trial docket to the jury trial docket. Relator's request for relief is now moot. The motion is GRANTED.

Accordingly, we dismiss relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Bourliot, Poissant, and Wilson.